Writ refused. We find no error of law in the judgment complained of.

203 So.2d 88

**HEIRS of J. E. MERILH**

v.

**PAN AMERICAN FILMS et al.**

No. 48876.

Oct. 20, 1967.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

203 So.2d 88

**STATE of Louisiana**

v.

**Clarence Victor RHODES.**

No. 48938.

Oct. 20, 1967.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.